United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN BARRY FINE ART ASSOCIATES,

    Plaintiff,

  v.

SENTINEL INSURANCE COMPANY, LIMITED,

    Defendant.

Case No. 20-cv-04783-SK

**JUDGMENT**

Pursuant to the Court's Order on the motion for judgment on the pleadings, judgment is hereby entered in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: January 13, 2021

_____

SALLIE KIM
United States Magistrate Judge