UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

KEVIN BARRY FINE ART ASSOCIATES, a California Corporation,

    Plaintiff-Appellant,

v.

SENTINEL INSURANCE COMPANY, LIMITED, AKA The Hartford,

    Defendant-Appellee.

No. 21-15240

D.C. No. 3:20-cv-04783-SK
Northern District of California,
San Francisco

ORDER

Proceedings in this appeal are stayed pending this court's decisions in 20-16858, *Mudpie, Inc. v. Travelers Casualty Ins.*; 20-17422, *Chattanooga Pro Baseball v. National Cas. Co.*; and/or 21-55123, *Selane Products, Inc. v. Continental Cas. Co.*; or further order of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Jeffrey L. Fisher
Deputy Clerk
Ninth Circuit Rule 27-7