| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | FEB 15 2023 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

KEVIN BARRY FINE ART ASSOCIATES, a California Corporation,

           Plaintiff-Appellant,

 v.

SENTINEL INSURANCE COMPANY, LIMITED, AKA The Hartford,

           Defendant-Appellee.

No.  21-15240

D.C. No. 3:20-cv-04783-SK
Northern District of California,
San Francisco

ORDER

Proceedings in this appeal are stayed pending resolution of this court's certifications to the Supreme Court of California in *French Laundry Partners v. Hartford Fire Ins. Co.*, Case No. 21-15927, and *Another Planet Entertainment, LLC v. Vigilant Insurance Co.*, 56 F.4th 730 (9th Cir. 2022), or until further order of the court.  The docket in this case is administratively closed pending further order.

Within 14 days after the Supreme Court of California decides whether to accept the certified question in either case, the parties shall file a status report.  If the California Supreme Court accepts the certified question in either case, the parties shall file a joint status report within 14 days after the California Supreme Court issues its final decision.

It is so **ORDERED.**

2

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By Wendy Lam
Deputy Clerk
Ninth Circuit Rule 27-7